

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable William J. Lawson
Secretary to the Governor
Austin, Texas

Dear Sir:

Opinion No. O-2570
Re: Authority of the Governor to
approve deficiency warrants
for the Texas College of Arts
and Industries.

In your letter of July 24, 1940, you ask the opinion
of this department upon the question whether the application
as presented to the Governor by the Texas College of Arts and
Industries for the approval of the issuance of deficiency war-
rants in the amount of $14,000.00 to meet an emergency water
shortage at said college may be allowed by the Governor, with-
in the authority granted him by Article 4351, R. C. S., 1925.

The file accompanying your letter reflects the fol-
lowing:

The sworn application addressed to the Governor by
the President of the Texas College of Arts and Industries
seeks the issuance of deficiency warrants in the sum of
$14,000.00 to supplement the appropriation made by the 46th
Legislature in the sum of $1,500 for the fiscal year beginning
September 1, 1939 and ending August 31, 1940, for general
repairs and improvement purposes for said college. The letters
accompanying said instrument reflect that the $14,000.00 is
to be used to drill a well, construct a settling basin, tower,
and tank, and supply pumping machinery. The application
asserts that the conditions which have given rise to the need
for the $14,000.00 expenditure were unforeseen at the time
the appropriation for $1,500 was made by the 46th Legislature.
This statement, however, is contradicted by each of the two
letters addressed by the President of the Texas College of
Arts and Industries to the Governor concerning this same matter.
In the letter of May 15, 1940, these sentences are found in the
last paragraph:

"I urgently request that this deficiency ap-
propriation be granted to meet this unforeseen
emergency. We have been anticipating this need

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. William J. Lawson, Page 2

for several years because of the growing demands
of the college and the expansion of the City it-
self."

And in the letter of date July 8, 1940, this para-
graph is found:

"This request was made as an emergency measure
at the last Legislature. We were told to await the
regular appropriation bill and it would be included.
This promise was fulfilled, but failed to secure
the Governor's approval. It is, therefore, essen-
tial, that these funds be immediately supplied in
order that the interests of the state may be best
served."

An examination of the appropriations made by the
46th Legislature to the Texas College of Arts and Industries,
in H. B. 255, Acts of the 46th Legislature, Regular Session,
reveals that an item of $13,100.00 was provided by the Legis-
lature for the fiscal year ending August 31, 1940, for "well,
tank and tower." This item of appropriation was vetoed by
the Governor.

You are advised that the situation presented herein
is identical with those discussed and ruled upon in our Opinion
No. O-2118, addressed to the Governor of Texas, concerning the
Southwest State Teachers College and the Sul Ross Teachers
College. In each instance, we ruled that there was no "casual
deficiency" because the situation calling for the expenditure
of funds had not only arisen at the time that the Legislature
was in session, but had been expressly considered by it, an
item of appropriation provided, and such item in each instance
was vetoed. The same is true with reference to the matter
immediately under consideration.

You are therefore advised that in our opinion, the
Governor does not have the authority to approve the issuance
of the deficiency warrant requested. For a more detailed dis-
cussion of the principles involved, we refer you to our Opinion
No. O-2118.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Richard W. Fairchild_
Assistant

APPROVED AUG 2, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY _BWB_
CHAIRMAN

RWF:rw